UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DOMINIC BROWN                                           CIVIL ACTION

VERSUS                                                  NO: 11-1562

ST. CHARLES PARISH, ET. AL.                             SECTION: J(5)

**ORDER**

Before the Court is Plaintiff's **Motion to Dismiss Case (Rec. Doc. 4).** Accordingly,

**IT IS ORDERED** that the referral of this motion to United States Magistrate Judge Sally Shushan is hereby **WITHDRAWN.**

**IT IS FURTHER ORDERED** that Plaintiff's **Motion to Dismiss Case (Rec. Doc. 4)** is **GRANTED.** Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this 17th day of August, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE